UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY SNELL,  Case No. 06-14769
DISTRICT JUDGE
Plaintiff,  ARTHUR J. TARNOW

v.  MAGISTRATE JUDGE
STEVEN D. PEPE
COMMISSIONER SOCIAL SECURITY,

Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DE 13], DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT [DE 10], AND GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT [DE 11]**

On September 28, 2007, Magistrate Judge Pepe issued a report and recommendation recommending that Defendant's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: January 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 16, 2008, by electronic and/or ordinary mail.

      S/THERESA E. TAYLOR
      Case Manager